UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAN WHEELER,

                              Plaintiff,

-v-

PRAXAIR SURFACE TECHNOLOGIES, INC.,

                              Defendant.

21 Civ. 1165 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 5, 2022, the Court held a case management conference in this case. During the conference, the Court set the following deadlines for submissions regarding defendant's anticipated motion for summary judgment:

- July 26, 2022: Joint Statement of Undisputed Facts
- August 16, 2022: Defendant's Opening Brief
- September 12, 2022: Plaintiff's Opposing Brief
- September 22, 2022: Defendant's Reply Brief

SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: July 5, 2022
       New York, New York