

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Shawn Matthew Clark
212.497.6840 direct
212.583.9600 main
smclark@littler.com

August 12, 2022

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Wheeler v. Praxair Surface Technologies Inc.*; Case No. 21-cv-1165 (PAE)

Dear Judge Engelmayer:

      On behalf of Defendant Praxair Surface Technologies, Inc., I write pursuant to Your Honor's Individual Rules and Practices 1(E), to request a two-week extension of time to file Defendant's Summary Judgment Motion (the "Motion"). I make this request because I, and members of my household, tested positive for COVID earlier this week, and I have not been able to devote my full attention to finalizing Defendant's Motion. In addition, while I expect to be on the mend by next week, quarantine rules at my son's daycare require him to stay home for ten days, leaving me without coverage options during the upcoming workweek, including on Tuesday, August 16 when the Motion is currently due. Therefore, on Defendant's behalf, I respectfully request a two-week extension of Defendant's deadline to file its Motion, from August 16, 2022 to August 30, 2022. This is Defendant's first request for an extension on this Motion, and Plaintiff consents. The Parties propose the following revised schedule:

| | |
|---|---|
| Defendant's Summary Judgment Motion Due: | August 30, 2022 |
| Plaintiff's Opposition Papers: | September 26, 2022 |
| Defendant's Reply Papers: | October 6, 2022 |

      I thank Your Honor for considering this request.

Sincerely,

*/s/ Shawn Matthew Clark*

Shawn Matthew Clark

cc: All Counsel of Record (via ECF)

GRANTED. The Court grants the two-week extension, approves the jointly proposed revised schedule, and sends wishes for a speedy recovery.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

August 12, 2022